**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Tomas Valenta

                                       Plaintiff,

v.                                                               Case No.: 1:17−cv−06609

                                                                                     Honorable Jorge L. Alonso

Midland Funding, LLC, et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 6, 2018:

      MINUTE entry before the Honorable Young B. Kim: Tomorrow's status hearing will take place by phone (but on the record) at 11:00 a.m. The conference call number for the status hearing is (877) 336−1839 and the passcode is 4333213. Defendants should be prepared to update the court on whether there are any issues with Plaintiff's supplemental discovery responses. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.